In the Matter of the Application of FRANCES S. CONNOLLY et al., Appellant, against MURRAY W. STAND, as City Clerk of the City of New York et al., Respondents. SAUL MILLS et al., Interveners, Appellants; ROBERT W. DOWLING, Intervener, Respondent.

Argued October 14, 1948; decided October 18, 1948.

*Paul L. Ross, Hyman N. Glickstein* and *Hyman Joseph* for Frances S. Connolly, appellant.

*John P. McGrath, Corporation Counsel* (*W. Bernard Richland, Bernard Friedlander* and *Victor F. Condello* of counsel), for Murray W. Stand and others, respondents.

*Reginald S. Hardy* for James Clarke and another, respondents.

*H. H. Nordlinger, Harold Riegelman* and *Robert C. Isaacs* for Robert W. Dowling, intervener, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND. DYE and FULD, JJ. Taking no part: THACHER. J.